UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAINE C. CAGLE,

                       Petitioner,

   v.

JOHN D. SNAZA,

                    Respondent.

CASE NO. C19-5784 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FEDERAL HABEAS PETITION AS MOOT

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 19. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Petitioner's federal habeas petition is **DISMISSED** with prejudice as moot;

    (3)    Petitioner's motions to stay state court proceedings, Dkt. 11, and expedite hearing of his motion to stay, Dkt. 12, are **DENIED** as moot;

    (4)    Petitioner's *in forma pauperis* status is **REVOKED** for purposes of appeal;

1    (5)    A Certificate of Appealability is **DENIED;** and

2    (6)    The Clerk shall enter **JUDGMENT** and close this case.

3    Dated this 4th day of December, 2019.

4

5    _____
     BENJAMIN H. SETTLE
6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2